# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE RAYMOND MATTHEWS, III,<br><br>   Plaintiff,<br><br>   v.<br><br>S. RAMOS, et al.,<br><br>   Defendants. | Case No. 1:22-cv-01508-JLT-SAB (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE, LIFTING STAY OF CASE, AND DIRECTING CLERK OF COURT TO ISSUE THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF Nos. 26, 27) |

Plaintiff Gene Raymond Matthews, III is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 11, 2023, the Court issued an order referring this case to the Court's Alternative Dispute Resolution Program, set the case for a settlement conference on July 13, 2023, before Magistrate Judge Barbara A. McAuliffe, and stayed the case. (ECF No. 26.) The Court advised defense counsel that counsel could opt-out of the settlement conference with thirty days.

On May 11, 2023, Defendants filed a motion to opt-out of the settlement conference because after investigation they believe a settlement conference would be unproductive at this time. (ECF No. 27.)

Accordingly, it is HEREBY ORDERED that:

1. The settlement conference set for July 13, 2023, before Magistrate Judge Barbara A. McAuliffe is VACATED;

2. The stay of this case is lifted; and

3. The Clerk of Court shall issue the discovery and scheduling order.

IT IS SO ORDERED.

Dated: __**May 12, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE