UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE RAYMOND MATTHEWS, III<br><br>             Plaintiff,<br><br>   v.<br><br>S. RAMOS, et al.<br><br>             Defendants. | No. 1:22-cv-01508-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 39) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, filed December 21, 2023. Plaintiff did not file an opposition and the time to do has passed. Local Rule 230(l).

Good cause having been presented, it is HEREBY ORDERED that:

1. Defendants are granted leave to file an amended answer which shall be filed within ten days from the date of service of this order;

2. The deadline for completion of discovery and filing motions to compel is extended to **March 12, 2024**;

3. The deadline for filing dispositive motions is extended to **May 22, 2024**; and

///

1

4. The deadline for filing a motion for summary judgment for failure to exhaust administrative remedies is extended to **May 22, 2024**.

IT IS SO ORDERED.

Dated:   **January 22, 2024**

_____
UNITED STATES MAGISTRATE JUDGE