UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE RAYMOND MATTHEWS, III<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. RAMOS, et al.<br><br>　　　　　Defendants. | No.  1:22-cv-01508-JLT-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO RESET PENDING DEADLINES AND STAY PROCEEDINGS<br><br>(ECF No. 48) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' unopposed motion to reset pending deadlines and stay the proceedings, filed March 21, 2024.

Good cause having been presented, it is HEREBY ORDERED that:

1. The deadline for Defendants to file their opposition to Plaintiff's motion for summary judgment is extended to **August 2, 2024**;

2. The deadline for filing dispositive motions, including but not limited to a motion for summary judgment for failure to exhaust the administrative remedies, is extended to **August 2, 2024**. No further extensions of time will be granted, absent extraordinary circumstances; and

///

///

1

3. With the exception of matters related to settlement, this action is stayed pending completion of the settlement conference on June 3, 2024.

IT IS SO ORDERED.

Dated: __**March 21, 2024**__    _____
UNITED STATES MAGISTRATE JUDGE

2